UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CDS Business Services, Inc., | No. 2:22-cv-00243-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Goldline Brands, Inc., et al., | |
| Defendants. | |

The parties agreed to settle this case on May 13, 2022. *See* Settlement Agreement, Joint Status Report (SJR), Ex. A, ECF No. 12. The parties did not, as Local Rule 160(a) requires, "immediately file a notice of settlement or resolution" with this court, although they did reference their settlement in a stipulation filed June 2, 2022. ECF No. 9. Defendants have now defaulted on their obligations under the settlement agreement. *See* JSR ¶ 2, ECF No. 12. As the parties work to modify their agreement, they request that the court continue the initial scheduling conference to May 2023, a month after the April 2023 deadline for compliance with the settlement agreement. *Id.* ¶ 8; *see also* ECF No. 11 (proposed order).

The court **denies** the setting of the parties' requested final disposition deadline. To the extent the parties are implicitly requesting that the court maintain jurisdiction to enforce the terms of their settlement agreement, the court in its discretion declines that request. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994); *cf. Collins v. Thompson*, 8 F.3d 657,

659 (9th Cir. 1993).  The parties are **ordered** to file dispositional documents closing this case within fourteen days from the date of this order, and are cautioned that failure to do so will result in dismissal.

    This order resolves ECF No. 11.

    IT IS SO ORDERED.

DATED:  August 5, 2022.

                               CHIEF UNITED STATES DISTRICT JUDGE